UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

IN RE:
$109,950 IN U.S. CURRENCY.

_____/

**UNITED STATES OF AMERICA'S MOTION FOR ENLARGEMENT OF TIME TO FILE CIVIL FORFEITURE COMPLAINT OR <u>TO ALLEGE CRIMINAL FORFEITURE</u>**

Pursuant to 18 U.S.C. § 983(a)(3)(A), the United States of America (the "United States") files this *Motion for Enlargement of Time to File Civil Forfeiture Complaint or to Allege Criminal Forfeiture*. In support of this Motion, the United States alleges as follows:

1. On or around February 15, 2024, the Drug Enforcement Administration ("DEA") agents seized $109,950 in United States currency (the "Seized Currency").

2. The DEA initiated administrative forfeiture proceedings and sent written notices of seizure to potential claimants in accordance with 18 U.S.C. § 983(a)(1)(A). The Seized Currency was assigned CATS No. 24-DEA-709926.

3. On or around May 3, 2024, the DEA received a claim to the $109,950 in U.S. currency filed by Odalys Valenzuela ("Claimant" and, collectively with the United States, the "Parties"), through her counsel, Leslie M. Sammis, Esq., and the DEA subsequently referred this matter to the U.S. Attorney's Office for the Southern District of Florida.

4. The time has expired for any person to file a claim to the Seized Currency under 18 U.S.C. § 983(a)(2)(A)-(E). No other person has filed a claim to the property as required by law in the nonjudicial civil forfeiture proceeding.

5. Pursuant to 18 U.S.C. § 983(a)(3), within 90 days after a claim is filed, the United

States is required to file a civil forfeiture complaint or obtain a criminal indictment containing an allegation that the property is subject to forfeiture. Ninety days from May 3, 2024, which is the date when the DEA received the Claimant's claim, yields a deadline of August 1, 2024. However, the Court may extend the period for filing a civil forfeiture complaint for good cause shown or upon agreement of the Parties.[1]

6. Claimant, through Claimant's counsel, Leslie M. Sammis, Esq., objects to the extension of time requested herein.

7. The United States seeks an additional 30 days from the current deadline of August 1, 2024, setting a new deadline through and including August 31, 2024, to file a civil forfeiture complaint or to allege criminal forfeiture of the Seized Currency.

8. The United States needs additional time to review information that the undersigned Assistant United States Attorney recently received from DEA and to further evaluate the basis of the Claimant's claim. The United States will communicate with Claimant's counsel to ascertain whether this matter may be resolved without litigation.

9. There is good cause to extend the deadline from August 1, 2024, to August 31, 2024, for the reasons set forth herein.

---

[1] The statute, in relevant part, reads:

(A) Not later than 90 days after a claim has been filed, the Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims or return the property pending the filing of a complaint, except that a court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown or upon agreement of the parties.

18 U.S.C. § 983(3)(A).

WHEREFORE, the United States respectfully requests that the Court grant this motion and provide that the United States will have through and including August 31, 2024, to file a civil forfeiture against approximately Seized Currency or to allege criminal forfeiture of such property. A proposed order is attached.

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1, I, the undersigned Assistant United States Attorney, hereby certify that I have conferred with claimant's counsel, Leslie M. Sammis, Esq., via telephone on or around July 16, 2024, and via e-mail on July 17 and 31, 2024, and there is an objection to the relief sought herein.

Respectfully submitted,

**MARKENZY LAPOINTE**
**UNITED STATES ATTORNEY**

By:   s/ Annika M. Miranda
Annika M. Miranda
Assistant United States Attorney
Florida Bar No. 64975
99 N.E. 4th Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9303
Facsimile: (305) 536-4089
annika.miranda@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing will be sent via e-mail, to claimant's counsel, Leslie M. Sammis, Esq., at lsammis@sammislawfirm.com, on July 31, 2024.

s/ Annika M. Miranda
Annika M. Miranda
Assistant United States Attorney